THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHON PIERRE BYRD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:10-CV-717-ID |
| ) | WO |
| CITY OF DOTHAN COURTS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On September 7, 2010, the Magistrate Judge filed a Recommendation (Doc. 4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED; and

2. This case be DISMISSED without prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

Done this 29th day of September, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE